[No. 53152-2-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. HARRIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05650-1, Brian D. Gain, J., entered August 29, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53165-4-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05679-7, Paris K. Kallas, J., entered September 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53177-8-I. Division One. December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE TROY PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04353-9, Palmer Robinson, J., entered October 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53206-5-I. Division One. December 27, 2004.]

*In the Matter of the Marriage of* CINDY L. MANSOUR, *Appellant*, and GHASSAN N. MANSOUR, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-3-02060-9, Thomas J. Wynne, J., entered October 7, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ. Now published at 126 Wn. App. 1.